Chauncey A. WILLIAMS,
Plaintiff—Appellant,

v.

L.W. HUFFMAN, Regional Director (D.A.); Braxton, Warden; T.A. Spangler, Correctional Officer, Defendants—Appellees.

No. 09–8063.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 23, 2010.

Chauncey A. Williams, Appellant Pro Se.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey A. Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Huffman*, No. 7:09–cv–00222–sgw–mfu, 2009 WL 3367062 (W.D.Va. Oct. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*